liliuind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL - 6 2005 nbo
**MARY L.M. MORAN**
**CLERK OF COURT**

①

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **05-00056** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | **FALSE USE OF A PASSPORT** |
| LI QIN LIU, | ) | [18 U.S.C. § 1543] |
| | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

On about August 1, 2004, in the District of Guam and elsewhere, the defendant herein, LI

QIN LIU, did willfully and knowingly use and attempt to use a false, counterfeited and altered

//

//

//

//

//

passport, to-wit: a Portugese passport bearing the number B114074146, to enter the United States, in violation of Title 18, United States Code, Section 1543.

DATED this 8th day of July, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 2 -